IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL STEPP, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 05-0303-BH-C |
| MIKE HALEY, et al., | : | |
| Defendants. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that the claims against defendant Rose Johnson defendant Rose Johnson be and are hereby DISMISSED with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

**DONE** this 14th day of September, 2005.

                                                          s/ W. B. Hand
                                                SENIOR DISTRICT JUDGE