IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL STEPP, | : |
|     Plaintiff, | : |
| vs. | :   CIVIL ACTION 05-0303-BH-C |
| MIKE HALEY, et al., | : |
|     Defendants. | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that the claims against defendant Rose Johnson be and are hereby DISMISSED with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** this 14th day of September, 2005.

                                                                       s/ W. B. Hand
                                                       SENIOR DISTRICT JUDGE