IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL STEPP ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION 05-0303-BH-C |
| ) | |
| MIKE HALEY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made (Docs. 75-77), the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court except to the extent that the plaintiff will be allowed to submit herein an Amended Complaint asserting claims associated solely with his present incarceration. The Court specifically concludes that plaintiff's re-incarceration does not alter the propriety of the dismissal of his original complaint, as amended, inasmuch as plaintiff has failed to establish that such re-incarceration was either likely to occur at the time the Report and Recommendation issued or remotely related to his first incarceration. The Court will, however, permit the plaintiff to file an Amended Complaint in view of the proximity of plaintiff's re-incarceration.

It is accordingly **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED with prejudice,** but that plaintiff is hereby permitted to file an Amended Complaint under 42 U.S.C. § 1983 on the proper form, **provided** such Amended Complaint is filed **no later than June 27, 2006.** Should the plaintiff fail to timely file an Amended Complaint on the proper form, this action shall be terminated and not thereafter reinstated. The Clerk of this Court is directed to forward to the plaintiff the proper form for filing a Complaint under 42 U.S.C. § 1983 together with a copy of this order.

**DONE** this 30th day of May, 2006.

s/ W. B. Hand
SENIOR DISTRICT JUDGE
